**Motion Granted; Appeal Dismissed and Memorandum Opinion filed October 22, 2013.**



In The

# Fourteenth Court of Appeals

---

## NO. 14-13-00437-CV

---

### ALI CHOUDHRI, Appellant

### V.

### JP MORGAN CHASE BANK, NATIONAL ASSOCIATION; CAPITAL ONE, NATIONAL ASSOCIATION; WACHOVIA BANK, NATIONAL ASSOCIATION; WELLS FARGO BANK, NATIONAL ASSOCIATION AND ROBERT GOMEZ C/O WELLS FARGO BANK, NATIONAL ASSOCIATION, Appellees

---

**On Appeal from the 334th District Court
Harris County, Texas
Trial Court Cause No. 2011-25925**

---

## M E M O R A N D U M   O P I N I O N

This is an appeal from a judgment signed February 19, 2013. On October 10, 2013, appellant filed a motion to dismiss the appeal. *See* Tex. R. App. P. 42.1. The motion is granted.

Accordingly, the appeal is ordered dismissed.

PER CURIAM

Panel consists of Justices Christopher, Donovan, and Brown.